IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY D. WILLIS,

        Petitioner,               No. CIV S-08-2449 MCE GGH P

    vs.

A. P. KANE, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (no. 12) is granted.

DATED: November 19, 2008

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

wil2449.ifp

1